# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE WESLEY SULLIVAN,<br><br>        Petitioner,<br><br>    v.<br><br>E. VALENZUELA, Warden,<br><br>        Respondent. | Case No. ED CV 15-01173-VBF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation ("R&R") of the Magistrate Judge. Petitioner has neither filed any objections to the R&R within the time allowed nor sought an extension of time in which to do so. The Court accepts the Magistrate Judge's findings and recommendations.

       IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

DATED: November 13, 2015

*Valerie Baker Fairbank*

The Honorable Valerie Baker Fairbank
Senior United States District Judge