# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE WESLEY SULLIVAN,<br><br>   Petitioner,<br><br>  v.<br><br>E. VALENZUELA, Warden,<br><br>   Respondent. | Case No. ED CV 15-01173-VBF (JEM)<br><br>**J U D G M E N T** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: November 13, 2015

*Valerie Baker Fairbank*

  The Honorable Valerie Baker Fairbank
  Senior United States District Judge